UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:18-cv-570-HZ |
| Plaintiff, | |
| v. | ORDER AND JUDGMENT REVOKING NATURALIZATION |
| SAMMY RASEMA YETISEN, a/k/a Rasema Handanovic, a/k/a Zolja, | |
| Defendant. | |

HERNÁNDEZ, Chief District Judge:

The Court, having considered the parties' summary judgment filings, and for good cause shown, hereby ORDERS as follows:

1. Plaintiff's Motion for Summary Judgment is GRANTED;

2. In accordance with its opinion and order of September 12, 2023, ECF 87, judgment is ENTERED on Counts I, II, III, and V of the complaint in favor of Plaintiff United States of America and against Defendant Sammy Rasema Yetisen;

3. The Court FINDS and DECLARES that Defendant illegally procured her United States citizenship;

4. The Court FINDS and DECLARES that Defendant procured her United States citizenship by concealment of materials facts and willful misrepresentations;

5. The order admitting Defendant to United States citizenship is REVOKED and SET ASIDE, effective as of the original date of the certificate, May 23, 2002;

6. Certificate of Naturalization, No. 26755069 issued to Defendant is CANCELLED, effective as of the original date of the certificate, May 23, 2002;

ORDER AND JUDGMENT REVOKING NATURALIZATION – 1

7. Defendant is forever RESTRAINED and ENJOINED from claiming or exercising any rights, privileges, benefits, or advantages under any document which evidences United States citizenship obtained as a result of her May 23, 2002, naturalization;

8. Under 8 U.S.C. § 1451(f), within ten days of the date of this order, Defendant is ORDERED to surrender her Certificate of Naturalization, No. 26755069, any and all United States passports or passport cards (whether current or expired), and any other indicia of United States citizenship, as well as any copies thereof in her possession or control (and shall make good faith efforts to recover and then surrender any copies thereof that she knows are in the possession or control of others) to Counsel for the United States, DEVIN BARRETT;

9. Defendant shall deliver the items described above (her original Certificate of Naturalization, United States passports or passport cards, any other indicia of United States citizenship, and all copies thereof) to the United States Attorney General by sending them to the United States Attorney General's representative at the following address: Devin Barrett, United States Department of Justice, P.O. Box 868, Ben Franklin Station, Washington, DC 20044; and

10. If Defendant fails to deliver the items described above, Plaintiff shall inform the Court so it can determine whether to schedule a compliance hearing, at which Defendant must demonstrate that she has complied with this Judgment.

IT IS SO ORDERED.

Dated this \_\_11\_\_ day of \_\_October\_\_, 2023.

_____
MARCO A. HERNÁNDEZ
Chief United States District Judge

ORDER AND JUDGMENT REVOKING NATURALIZATION – 2